**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

   v.                               Case No. 2:20-cr-187(3)

                                  Judge Michael H. Watson

**Brandy Monique Casey,**

### ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge, ECF No. 97, that Defendant's guilty plea be accepted.   The Court accepts Defendant's plea of guilty to Counts 1 and 2 of the Indictment, and she is hereby adjudged guilty on those counts.   The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

                                       s/Michael H. Watson
                                  **MICHAEL H. WATSON, JUDGE**
                                  **UNITED STATES DISTRICT COURT**